**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SPARTAN ELECTRONICS**
**FLORIDA, INC.,**

    **Plaintiff,**

v.                                                Case No. 8:05-cv-1495-T-30TBM

**ELECTROPAC CO. INC., and**
**ELECTROPAC CANADA, INC.,**

    **Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court on **Electropac Co. Inc.'s Motion to Compel Response to Electropac Co. Inc.'s First Request for Production of Documents by Plaintiff** (Doc. 40). By its motion, Defendant seeks an Order compelling Plaintiff to respond to its First Request for Production of Documents, which was served on Plaintiff on October 27, 2006. Defendant requests that the court direct Plaintiff to provide copies of the responsive documents or designations of responsive documents among those already produced. Defendant also seeks the fees and costs associated with its instant motion. Plaintiff asserts that it has since responded to the discovery request at issue and attaches a copy of the same to its response. Regarding Defendant's request for "designations of responsive documents," Plaintiff asserts that it has complied with Federal Rule of Civil Procedure 34 by producing the documents as they are maintained in the normal course of business.

Accepting Plaintiff's representations as true and correct, Defendant's motion to compel (Doc. 40) is **DENIED** as moot.

**Done and Ordered** in Tampa, Florida, this 19th day of January 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record