# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SPARTON ELECTRONICS FLORIDA,
INC.,

    Plaintiff,

v.                                              Case No.  8:05-cv-1495-T-30TBM

ELECTROPAC CO., INC. and
ELECTROPAC CANADA, INC.,

    Defendants.
_____

## ORDER OF DISMISSAL

The Court has been advised that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on September 16, 2008.

Copies furnished to:
Counsel/Parties of Record

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

F:\Docs\2005\05-cv-1495.dismissal.wpd