**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SPARTON ELECTRONICS**
**FLORIDA, INC.,**

    Plaintiff,

v.                                      Case No.  8:05-cv-1495-T-30TBM

**ELECTROPAC CO., INC. and**
**ELECTROPAC CANADA, INC.,**

    Defendants.
_____

## ORDER

THIS CAUSE comes before the Court upon the Parties' Stipulation and Consent Judgment (Dkt. #207), consistent with a settlement agreement placed on the record by the Parties in open court before the Honorable Mary S. Scriven, U.S. Magistrate Judge, on September 3, 2008, and the Court being otherwise advised in the premises, concludes that the Parties' Stipulation should be approved and that this matter should be re-opened for the purposes of entering a consent judgment.

It is therefore ORDERED AND ADJUDGED that:

1. For the purpose of enforcing the settlement agreement, the Clerk is directed to **RE-OPEN** this matter and enter a **CONSENT JUDGMENT** in favor of Plaintiff, Sparton Electronics Florida, Inc., and against Defendants, Electropac Canada, Inc., and Electropac Co., Inc., jointly and severally, in the total

        amount of **$1,350,000.00**, net and inclusive of all costs and fees incurred by any party.  The judgment shall accrue interest on any unpaid principal balance due from and after September 3, 2008, at the rate of 3.77% per annum, compounded annually.

2. After judgment is entered, the Clerk is directed to **RE-CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on December 17, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1495.consent jud 207.wpd